UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW F. SAUER,<br><br>    Plaintiff,<br><br>v.<br><br>LATEEF INVESTMENT MANAGEMENT LP, et al.,<br><br>    Defendants. | Case No. 16-cv-02802-JSC<br><br>**ORDER DIRECTING DEFENDANTS TO FILE AN ADMINISTRATIVE MOTION TO SEAL IN ACCORDANCE WITH LOCAL RULE 79-5**<br><br>Re: Dkt. No. 7 |

Plaintiff filed this civil action on May 24, 2016. A day later, Defendants filed a letter requesting that the Court provisionally seal the complaint based on confidentiality concerns. (Dkt. No. 7.) Civil Local Rule 79-5 outlines the procedure for sealing and identifies "sealable" documents as those which contain information that is "privileged, protectable as a trade secret or otherwise entitled to protection under the law." Civ. L.R. 79-5(b). Defendants shall file an administrative motion to file under seal in accordance with Rule 79-5(d) on or before June 2, 2016. Any such request should be "narrowly tailored to seal only the sealable material." Civ. L.R. 79-5(d)(1)(B). Any opposition shall be filed within 4 days in accordance with Local Rule 7-11(b). The Court will take the matter under submission upon receipt of the opposition and notify the parties if oral argument is necessary.

**IT IS SO ORDERED.**

Dated: May 26, 2016

*Jacqueline Scott Corley*
JACQUELINE SCOTT CORLEY
United States Magistrate Judge