UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW F. SAUER,<br><br>       Plaintiff,<br><br>   v.<br><br>LATEEF INVESTMENT MANAGEMENT LP, et al.,<br><br>       Defendants. | Case No. 16-cv-02802-VC<br><br>**ORDER**<br><br>Re: Dkt. No. 26 |

    The opposition brief filed by the plaintiff is stricken. By 11:00 a.m. tomorrow morning, the plaintiff must refile his opposition brief in conformity with the page limits in the Court's standing order.

    **IT IS SO ORDERED.**

Dated: June 21, 2016

                                            VINCE CHHABRIA
                                            United States District Judge