UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW F. SAUER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LATEEF INVESTMENT MANAGEMENT LP, et al.,<br><br>　　　　Defendants. | Case No. 16-cv-02802-VC<br><br>**ORDER**<br><br>Re: Dkt. No. 25 |

　　　The parties are ordered to file in their entirety (1) the Seventh Amended and Restated Agreement of Limited Partnership of Lateef Investment Management, L.P., and (2) the Fifth Amended and Restated Limited Liability Company Agreement of Lateef Capital Partners, LLC, by 10 a.m. on July 26, 2016.  If either party believes these documents contain sealable material, the contracts may provisionally be filed under seal.

　　　**IT IS SO ORDERED.**

Dated: July 25, 2016

_____
VINCE CHHABRIA
United States District Judge