UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW F. SAUER,<br><br>             Plaintiff,<br><br>      v.<br><br>LATEEF INVESTMENT MANAGEMENT LP, et al.,<br><br>             Defendants. | Case No.  16-cv-02802-VC<br><br>**ORDER**<br>Re: Dkt. Nos. 37, 41 |

    The defendants' request to file under seal very small portions of Sauer's opposition to the motion to file the complaint under seal, and Sauer's declaration in support of that opposition, is granted.  The unredacted versions of these documents shall remain under seal.  The defendants have withdrawn their request to file certain contracts, which were submitted in response to a Court Order, under seal.  Accordingly, the Clerk of Court is directed to unseal Dkt. No. 37.

    **IT IS SO ORDERED.**

Dated: July 28, 2016

_____
VINCE CHHABRIA
United States District Judge